**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **DENISE RODRIGUEZ-BENITEZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**HECTOR BERRIOS-ECHEVARRIA, et al.,**<br><br>Defendants. | CIVIL NO. 18-1129 (PG) |

## <u>INITIAL SCHEDULING CONFERENCE</u>

At least thirty (30) days prior to the initial conference date, the parties shall hold an in-person Fed. R. Civ. P. 26(f) planning conference. Thereupon, at least ten (10) days prior to the initial conference the parties shall file a **joint** initial scheduling memorandum. The same shall specifically address and/or contain the following:

1. Each party's theory of the case.

2. The applicable law.

3. Jurisdictional issues.

4. Inform whether each party consents to proceed before a Magistrate Judge pursuant to 28 U.S.C. § 636.

5. Certify that each party has complied with the initial disclosure requirements of Fed. R. Civ. P. 26 (a)(1).

6. Certify that the parties have addressed any electronic discovery issues, <u>see</u> Fed. R. Civ. P. 26 (a)(1); 26 (f)(3) & (4), and submit any proposed agreement(s) under these rules.

7. A joint proposed discovery timetable, not to exceed eight (8) months. The proposed

discovery timetable shall also include deadlines for filing amended pleadings and dispositive motions, among others.

8. Inform any and all related cases filed in federal and Puerto Rico Court by plaintiff(s), even if involving different parties. This shall include the caption and number of case(s). This requirement must be complied with even if counsel in the related cases is different.

9. Any other matters deemed important to the case.

At the scheduling conference, counsel shall attend fully prepared to discuss all other matters outlined in Local Rule 16(a).

The Court, upon meeting with counsel, shall approve and/or modify the proposed discovery timetable, which shall become final and binding upon all parties. Modifications thereto may not be unilaterally made by counsel, but rather must be approved by the Court, upon a finding of good cause, preferably as the result of a joint request.

The Court shall further set a dispositive motions deadline. Pretrial conference and trial dates will be set once these motions are ruled upon.

Discovery impasses may only be brought to the Court's attention upon compliance with Local Rule 26(b).

The above-stated directives are intended to assist the parties, counsel, and the Court in the most effective litigation of this case. These must, hence, be strictly complied with. Failure to fully comply with these directives shall result in the appropriate sanction(s).

**In the absence of a Court order, the filing of dispositive motions will not automatically suspend the deadlines and directives set in this Order.**

This Order is issued pursuant to Fed. R. Civ. P. 16 and Local Rule 16.

**Initial Scheduling Conference set for February 13,  2019 at 2:00 p.m.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, December 20, 2018

S/ JUAN M. PÉREZ-GIMÉNEZ
**JUAN M. PEREZ-GIMENEZ**
**SENIOR U.S. DISTRICT JUDGE**
